IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

MELVIN ANDREW SUTTON,                )
                                     )
             Plaintiff,              )
                                     )
      v.                             )    CV 111-015
                                     )
DENNIS BROWN, Warden, et al.,        )
                                     )
             Defendants.             )

                          _____

                        **O R D E R**

                          _____

        After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's case is **DISMISSED** without prejudice, and this case is

**CLOSED**.

        SO ORDERED this _17th_ day of May, 2011, at Augusta, Georgia.


                        _____
                        HONORABLE J. RANDAL HALL
                        UNITED STATES DISTRICT JUDGE
                        SOUTHERN DISTRICT OF GEORGIA